CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Proposed Attorneys for Debtor Jeffrey P. Alexander, D.D.S. Inc.,
dba Youthful Tooth

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JEFFREY P. ALEXANDER, D.D.S. Inc. dba YOUTHFUL TOOTH<br><br>Debtor. | Case No. 14-43851 WJL<br><br>Chapter 11<br><br>**APPLICATION TO APPOINT RESPONSIBLE NATURAL PERSON** |

The application of Jeffrey P. Alexander, D.D.S. Inc., dba Youthful Tooth respectfully represents:

1.  That on September 19, 2014, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

2.  Pursuant to Bankruptcy Local Rule 4002-1, your applicant proposes that the following person to be designated as the natural person to be responsible for the duties and obligations of the debtor-in-possession.

> Jeffrey P. Alexander
> President
> Jeffrey P. Alexander, D.D.S. Inc., dba Youthful Tooth
> 14234 Catalina Street
> 8201 Edgewater Dr., Suite 106
> Oakland, California 94621
> Office: 510- 632-7710
> Email: info@youthfultooth.com

Application to Appoint Responsible Natural Person        -1-

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

3. Jeffrey P. Alexander is the President of Jeffrey P. Alexander, D.D.S. Inc., dba Youthful Tooth.

4. Mr. Alexander was loaned money by the Debtor and currently owes the Debtor $417,682.

Dated: September 24, 2014          Jeffrey P. Alexander, D.D.S. Inc., dba Youthful Tooth

By:/s/ Jeffrey P. Alexander
Jeffrey P. Alexander, President

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 25, 2014, I served the following documents:

**APPLICATION TO APPOINT RESPONSIBLE NATURAL PERSON**

**ORDER APPOINTING RESPONSIBLE NATURAL PERSON**

by emailing said document to the persons listed below, to his or her email address also listed below in Adobe Acrobat, Word, or Word Perfect as follows:

> U.S. Trustee
> 1301 Clay Street, Suite 690N
> Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2014 at Oakland, California.

/s/ Jessica Mangaccat

Application to Appoint Responsible Natural Person       -3-