

1  CHRIS D. KUHNER, ESQ.
   (Bar No. 173291)
2  **KORNFIELD, NYBERG,
   BENDES & KUHNER, P.C.**
3  1970 Broadway, Suite 225
   Oakland, California 94612
4  Telephone: (510) 763-1000
   Facsimile: (510) 273-8669
5  Email: c.kuhner@kornfieldlaw.com

6  Proposed Attorneys for Debtor Jeffrey P.
   Alexander, D.D.S. Inc.,dba Youthful Tooth

The following constitutes the order of the court.
Signed September 25, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 14-43851 WJL |
|---|---|
| JEFFREY P. ALEXANDER, D.D.S. Inc. dba YOUTHFUL TOOTH | Chapter 11 |
| Debtor. | **ORDER APPOINTING RESPONSIBLE NATURAL PERSON** |

Upon the application of Debtor Jeffrey P. Alexander, D.D.S. Inc., dba Youthful Tooth herein and good cause appearing therefore;

**IT IS HEREBY ORDERED,** pursuant to Bankruptcy Local Rule 4002-1, that the following person who is President of the Debtor is hereby appointed as the natural person responsible for the duties and obligations of the debtor-in-possession.

Jeffrey P. Alexander
President
Jeffrey P. Alexander, D.D.S. Inc., dba Youthful Tooth
14234 Catalina Street
8201 Edgewater Dr., Suite 106
Oakland, California 94621
Office: 510- 632-7710
Email: info@youthfultooth.com

***END OF ORDER***

-1-

COURT SERVICE LIST

No service required