

The following constitutes the order of the court.
Signed April 6, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jeffrey P. Alexander,<br>DDS, Inc.,<br><br>Debtor. | No. 14-43851<br><br>Chapter 11 |

**MEMORANDUM REGARDING APRIL 8, 2015 STATUS CONFERENCE**

On March 2, 2015, the Debtor filed an *Application for Order Authorizing Employment of Chief Restructuring Officer* which listed certain areas of discretionary authority and areas of participatory authority that the Chief Restructuring Officer ("CRO") would have (Doc. 105). A hearing was held on March 4, and the *Application* was approved by the court (Doc. 113).

A status conference will be held on April 8, 2015. The court has reviewed the *Status Conference Statement* filed by the

1

Debtor on April 6, 2015, and requests the CRO be prepared to report to the court what work has been completed in this case (Doc. 135). If the CRO is able to attend the April 8 status conference, the CRO should be prepared to report any proposals and recommendations in the areas of his discretionary authority and participatory authority as outlined in the *Application*. If the CRO cannot attend the status conference, Debtor's counsel or any other interested party may report the actions made by the CRO in the case.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Chris D. Kuhner
Kornfield, Nyberg, Bendes and Kuhner
1970 Broadway #225
Oakland, CA 94612

Lynette C. Kelly
U.S. Office of the U.S. Trustee
1301 Clay St.
Oakland, CA 94612

Kevin F. Woodall,
Woodall Law Offices
100 Pine Street, Suite 1250
San Francisco, California 94111

Page R. Barnes,
Barnes Law Offices
580 California Street, 16th floor
San Francisco, California 94104

Michael St. James,
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104