

The following constitutes the order of the court.
Signed January 22, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jeffrey P. Alexander, DDS, Inc.,<br>dba A Youthful Tooth<br><br>          Debtor. | No. 14-43851<br>Chapter 11 |

### MEMORANDUM

On or about August 15, 2015, the Court received a letter from Shelagh Gallagher of the tax and bookkeeping servicer Right Way, regarding a dispute over payment for certain accounting services performed for the benefit of the Debtor in the above-captioned bankruptcy case. A copy of the letter can be found on the docket as entry number 216.

As a general principle, Courts do not respond to letters seeking payment of claims or other relief of this kind. Therefore, should Ms. Gallagher wish to obtain payment on her claim, she must, like any other claimants, file a formal motion and/or claim, as permitted by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

**\*END OF MEMORANDUM\***

# COURT SERVICE LIST

**Randy Sugarman**
500 Sansome Street, Suite 600
San Francisco, CA 94111

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476

**Shelagh E. Gallagher, EA**
Right Way Tax & Bookkeeping Service
1903 Bradhoff Avenue
San Leandro, CA 94577